United States District Court
Southern District of Texas
FILED

JAN 27 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Martin Dale Walker, Petitioner | § § | |
| vs. | § § | CA-C-00-036 |
| Gary L. Johnson, et. al., Respondents | § | |

## NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading, within 20 days of the date of this notice, the plaintiff must file one of the following.  **Title your filing "Compliance."**

\_\_\_\_\_ The complete names of all defendants, or as much of the names as are known, and any identifying information (such as gender, race, approximate age), and a complete address for each.

\_\_\_\_\_ _____ copies of the complaint.

**X** A filing fee of **$5.00** for habeas corpus petitions or a fully complete application for leave to proceed *in forma pauperis*. (28 U.S.C. § 1914-15)

\_\_\_\_\_ A filing fee of **$150.00** for actions filed under 42 U.S.C. § 1983 or a fully complete application for leave to proceed *in forma pauperis*.

**X** Submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

\_\_\_\_\_ Other:_____

_____

_____

**If the plaintiff fails to comply on time, the Court may dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

Dated: January 27, 2000 at Corpus Christi, Texas.

MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk