United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN DALE WALKER | § | |
| | § | |
| V. | § | C.A. NO. C-00-36 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER OF TRANSFER

Petitioner is a state prisoner currently incarcerated in the Connally Unit, Texas Department of Criminal Justice - Institutional Division ("TDCJ-ID") in Kenedy, Texas. Petitioner filed this petition for writ of habeas corpus seeking flat time credit to his sentence for work performed while in custody.

A prisoner in state custody may file a writ of habeas corpus in the district in which the petitioner is in custody or the district where the conviction arose. 28 U.S.C. § 2241(d). The Court in which the application is filed may transfer the application to the other district court in the exercise of its discretion and in the furtherance of justice. Id. Kenedy, Texas is located in Karnes County within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). The Court finds that a transfer to the district wherein petitioner is in custody would be in the furtherance of justice. 28 U.S.C. § 2241(d).

Accordingly, it is ordered that this case be transferred to

the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this __31__ day of __January__, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com